IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01344-RPM

SAFE SITE, INC.,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation,

    Defendant.

___

ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RE-SET SCHEDULING CONFERENCE
___

After review of Defendant's Unopposed Motion to Vacate and Re-Set Scheduling Conference, [7] filed May 31, 2011, it is

ORDERED that the motion is granted and the July 7, 2011 **Scheduling Conference** is vacated and **reset to July 21, 2011 at 2:00 p.m.**  The **proposed order** (original only) in paper, shall be submitted directly to chambers by **4:00 p.m. on July 14, 2011**.

Dated: June 1st, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge