IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01344-RPM

SAFE SITE, INC.,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation,

    Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.4

---

It appearing from the files and records that the parties have not filed a disclosure statement, it is

ORDERED, that counsel for each party shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

Dated: June 21st, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge