**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: July 21, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Laura Galera

_____

Civil Action No. 11-cv-01344-RPM

SAFE SITE, INC.,                                                Bradley A. Levin
                                                                                               Zachary C. Warzel

      Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,                  Deana R. Dagner

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**1:55 p.m.**      **Court in session.**

**ORDERED:**      **Auto-owners Insurance Company's Motion to Dismiss Plaintiff's Third Claim for Relief in Plaintiff's Complaint and Jury Demand Pursuant to Fed.R.Civ.P. 12(b)(6), filed May 27, 2011 [5], is denied.**

Discussion regarding statuses of related litigations and plaintiff's work.

Counsel agree primary case issue is coverage (interpretation of policy language).
Counsel state they don't anticipate a lot of discovery and agree its focus should be on what individuals do, background experience and extent of their responsibilities.
Counsel further agree that stage one of case should be determined by summary judgment and then stage two claims handling.

**ORDERED:**      **Scheduling Order approved.**

**2:05 p.m.**      **Court in recess.**

Hearing concluded. Total time: 10 min.