## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01344-RPM

SAFE SITE, INC.,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation,

    Defendant.
_____

## ORDER AMENDING SCHEDULING ORDER
_____

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order, and the Court having reviewed the Motion and being fully apprised, hereby orders that the Motion is GRANTED.  The Scheduling Order (Doc. # 17) is hereby amended as follows:

- **Plaintiff's Deadline to File Motion to Amend to Add Claim for Exemplary Damages** – extended to March 13, 2012.
- **Plaintiff's Expert Disclosure Deadline** – extended to March 23, 2012.
- **Defendant's Expert Witness Disclosure Deadline** – extended to April 23, 2012.
- **Rebuttal Expert Witness Disclosure Deadline** – extended to May 22, 2012.
- **Discovery Cutoff** – extended to June 22, 2012.
- **Dispositive Motion Deadline** – extended to July 23, 2012.

**DATED** this 11th day of January, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Court Judge