# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                April 10, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-01344-RPM

SAFE SITE, INC.,                                                Bradley A. Levin
                                                                Zachary C. Warzel
       Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,                                  Deana R. Dagner
a Michigan corporation,

       Defendant.
_____

## COURTROOM MINUTES
_____

**Motion to Stay Case**

**2:00 p.m.       Court in session.**

Court's preliminary remarks.

Argument by Mr. Levin.
Mr. Levin states the status of the four underlying cases.

Argument by Ms. Dagner.
Ms. Dagner states defendant's proposal is to conduct a Rule 30(b)(6) deposition of the plaintiff.

**ORDERED:   Plaintiff's Motion to Stay Case [22], is granted through the completion of the first of the underlying cases.**

**2:20 p.m.       Court in recess.**

Hearing concluded.  Total time: 20 min.