THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-1344-RPM
_____

SAFE SITE, INC.,

    Plaintiff,

vs.

AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation,

    Defendant.
_____

**ORDER**
_____

    This matter having come before the Court on the parties Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, hereby

    ORDERS that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

DATED this 3rd day of December, 2012.

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch
                                              United States District Court